UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW JR., | CASE NO. C18-1850JLR |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S DISCOVERY MOTION |
| v. | |
| ALDEN ROBERTS, et al., | |
| Defendants. | |

Before the court is Plaintiff Johnny B. Delashaw, Jr.'s motion for an order compelling the production of records responsive to his first set of requests for production. (Mot. (Dkt. # 14).) Mr. Delashaw filed his motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's March 4, 2019, scheduling order. (*See* Sched. Order (Dkt. # 12) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration

in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Mr. Delashaw's motion (Dkt. # 14) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 10th day of June, 2019.

JAMES L. ROBART
United States District Judge