Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., M.D.<br><br>Plaintiff,<br><br>vs.<br><br><br>ALDEN ROBERTS, M.D.; MELANIE DELEON; MICAH MATTHEWS; GORDON WRIGHT; AND STEPHEN CORREA, D.V.M.,<br><br>Defendants. | Civil Action No. 2:18-cv-01850-JLR<br><br>**STIPULATED MOTION & ORDER COMPELLING PRODUCTION OF RECORDS**<br><br>Note on Motion Calendar:<br>June 13, 2019 |

## STIPULATION

Plaintiff Johnny B. Delashaw and Defendants Alden Roberts, Melanie DeLeon, Micah Matthews, Gordon Wright, and Stephen Correa, by and through their respective counsel, stipulate as follows:

1. Plaintiff seeks to compel full and complete responses to its First Requests for Production of Documents, which were served on March 4, 2019, and for which Defendants provided partial responses on April 26, 2019, May 15, 2019, and May 17, 2019, and are currently reviewing approximately 8,800 electronic files for responsiveness, redaction, and privilege.

2. To resolve this issue, the parties agree that the Court should enter an Order as follows:

STIPULATED MOTION & ORDER COMPELLING
PRODUCTION OF RECORDS - Page 1
02975-001\2578547_3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

(a) Defendants shall provide full and complete responses to Plaintiff's First Requests for Production, subject to the provisions of Fed. R. Civ. P. 26(e), not later than July 15, 2019;

(b) Responsive materials will be organized or identified by request for production numbers;

(c) Where practicable, electronically stored information will be produced in native format; and

(d) Where practicable, responsive documents that have been identified and reviewed for privilege will be produced on a rolling basis prior to July 15, 2019.

**DATED** this 13th day of June, 2019.

BENNETT BIGELOW & LEEDOM, P.S.

By  s/ Amy M. Magnano
Michael Madden, WSBA No. 8747
Amy M. Magnano, WSBA No. 38484
Michael Maddera, WSBA No. 48169
Bennett Bigelow & Leedom, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: amagnano@bbllaw.com
Attorneys for Plaintiff

OFFICE OF THE ATTORNEY GENERAL

By: s/ Scott Barbara
Scott Barbara, WSBA No. 20885
Office of the Attorney General - Torts Division
800 5th Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7352
Scottb2@atg.wa.gov
Attorneys for Defendants

STIPULATED MOTION & ORDER COMPELLING
PRODUCTION OF RECORDS - Page 2
02975-001\2578547_3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of June, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

BENNETT BIGELOW & LEEDOM, P.S.

By  s/ Amy M. Magnano
　　Amy M. Magnano, WSBA No. 38484
　　Bennett Bigelow & Leedom, P.S.
　　601 Union Street, Suite 1500
　　Seattle, Washington 98101-1363
　　Telephone: (206) 622-5511
　　Fax: (206) 622-8986
　　Email: amagnano@bbllaw.com
　　Attorneys for Plaintiff

STIPULATED MOTION & ORDER COMPELLING
PRODUCTION OF RECORDS - Page 3
02975-001\2578547_3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986