THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> ALDEN ROBERTS, M.D.; MELANIE DELEON; MICAH MATTHEWS; GORDON WRIGHT; AND STEPHEN CORREA, D.V.M., each in their individual capacities, <br><br> Defendants. | NO. 2:18-cv-01850-JLR <br><br> STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE ~~WITH~~ AND [~~PROPOSED~~] ORDER <br><br> NOTE FOR HEARING: 01/27/2020 |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants, by and through their respective counsel of record, request the Court grant the following relief:

1. Extend the discovery completion date from January 27, 2020, the date established by the Court's Minute Order Setting Trial Dates and Related Dates (Minute Order 03/04/2019 (Dkt. #12), to February 28, 2020, solely as to the depositions identified below.

2. The requested extension will allow the parties to complete expert witness depositions that have been properly noted prior to the discovery completion date but which cannot be completed by the current deadline as a result of scheduling issues, specifically the depositions of Plaintiff's experts Dr. Christopher Shaffrey, M.D., on February 17, 2020, in North Carolina, and

STIP. MOT. TO EXTEND DISCOVERY DEADLINE W/ [PROPOSED] ORDER (Cause No. 2:18-cv-01850-JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Ms. Ellen Politi, on February 18, 2020, in Virginia; and Defendants' experts Dr. Kent Neff, M.D., on February 10, 2020, in Oregon, and Ms. Lora Roberts, on February 4, 2020, in Missouri.

3. The parties do not believe the requested extension will interfere with any of the other dates established by the Court's Minute Order of March 4, 2019.

SIGNED AND STIPULATED TO THIS 27th day of January, 2020.

| BENNETT BIGELOW & LEEDOM, P.S. | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| s/ *Michael Madden*<br>MICHAEL MADDEN, WSBA #8747<br>AMY M. MAGNANO, WSBA #38484<br>Attorneys for Plaintiff<br>601 Union St, Ste 1500<br>Seattle, WA 98101<br>Tel: (206) 622-5511<br>Email: mmadden@bbllaw.com<br>Email: amagnano@bbllaw.com | s/ *Scott M. Barbara*<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorneys for State Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov |

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated this 28th day of January, 2020.

_____
JAMES L. ROBART
United State District Judge

STIP. MOT. TO EXTEND DISCOVERY
DEADLINE W/ [PROPOSED] ORDER
(Cause No. 2:18-cv-01850-JLR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**DECLARATION OF SERVICE**

I hereby declare that on this 27th day of January, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will also send notification of such filing to the following parties:

> Michael Madden – mmadden@bbllaw.com
> Amy M. Magnano – amagnano@bbllaw.com

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Audrey Bell*
AUDREY BELL
audrey.bell@atg.wa.gov

STIP. MOT. TO EXTEND DISCOVERY
DEADLINE W/ [PROPOSED] ORDER
(Cause No. 2:18-cv-01850-JLR)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352