THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., M.D.<br><br>Plaintiff,<br><br>vs.<br><br>ALDEN ROBERTS, M.D.; MELANIE DELEON; MICAH MATTHEWS; GORDON WRIGHT; AND STEPHEN CORREA, D.V.M.,<br><br>Defendants. | Civil Action No. 2:18-cv-01850-JLR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**<br><br>**NOTE ON MOTION CALENDAR March 20, 2020**<br><br>**[CLERK'S ACTION REQUIRED]** |

THIS MATTER came to the attention of the undersigned Judge of the above-titled court on Plaintiff's Motion to Seal Exhibit 13 to the 3d Suppl. Declaration of Michael Madden in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment Dismissal. The Court having reviewed Plaintiff's Motion to Seal and the record herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Seal Exhibit 13 to the 3d Suppl. Declaration of Michael Madden in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment Dismissal is GRANTED.

Redaction of the records is appropriate under applicable law because the moving party has established the compelling privacy interests in protecting the identified documents and the motion is unopposed. The compelling privacy interests identified outweigh the public interest in access to the unredacted Court record.

The court DIRECTS the Clerk to maintain the seal on Exhibit 13 to the March 16, 2020, Third Supplemental Declaration of Michael Madden in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. # 54).

**DATED** this  13th  day of   May    , 2020.

JAMES L. ROBART
United States District Judge