THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY B. DELASHAW, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> ALDEN ROBERTS, M.D.; MELANIE DELEON; MICAH MATTHEWS; GORDON WRIGHT; AND STEPHEN CORREA, D.V.M., each in their individual capacities, <br><br> Defendants. | NO. C18-1850-JLR <br><br> STIPULATED MOTION TO AMEND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT (DKT. #77) AND ORDER <br><br> NOTE FOR HEARING:  08/13/2020 |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants, by and through their respective counsel of record, request the Court grant the following relief in accordance with Fed. R. Civ. P. 60(a):

1. On August 7, 2020, the Court entered its Order on Cross-Motions for Summary Judgment. (Dkt. #77). The parties believe there are two (2) clerical or scrivener's error in the text of the Order that should be corrected for purposes of clarity. Both errors appear on page 25 of the Order. (Dkt. #77 at 25).

2. On page 25 of the Order at line 9, the Order reads as follows, "about the Hobday report' after Dr. Roberts initiated this lawsuit and after Dr. Roberts." The parties submit the first

STIP. MOT. TO AMEND SUMMARY
JUDGMENT ORDER AND ORDER
(Cause No. C18-1850-JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

reference to "Dr. Roberts" should refer to "Dr. Delashaw" because Dr. Delashaw initiated this lawsuit. (Dkt. #77 at 25:9).

3. On page 25 of the Order at line 14, the Order reads as follows, "('Roberts Dep.') at 93:12-24.) Dr. Roberts' resulting report found that 'Dr. Delashaw is." The parties submit the second reference to "Roberts" should refer to Dr. Hobday because Dr. Hobday is the one who issued the referenced report. (Dkt. #77 at 25:14).

4. "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

SIGNED AND STIPULATED TO THIS 13th day of August, 2020.

| BENNETT BIGELOW & LEEDOM, P.S. | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| s/ *Michael Madden*<br>MICHAEL MADDEN, WSBA #8747<br>AMY M. MAGNANO, WSBA #38484<br>Attorneys for Plaintiff<br>601 Union St, Ste 1500<br>Seattle, WA 98101<br>Tel: (206) 622-5511<br>Email: mmadden@bbllaw.com<br>Email: amagnano@bbllaw.com | s/ *Scott M. Barbara*<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorneys for State Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov |

ORDER

IT IS SO ORDERED.

_____
JAMES L. ROBART
United State District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will also send notification of such filing to the following parties:

    Michael Madden – mmadden@bbllaw.com
    Amy M. Magnano – amagnano@bbllaw.com

SIGNED THIS 13th day of August, 2020.

    *s/ Scott M. Barbara*
    SCOTT M. BARBARA, WSBA # 20885
    Attorney for Defendants

STIP. MOT. TO AMEND SUMMARY JUDGMENT ORDER AND ORDER
(Cause No. C18-1850-JLR)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352